OFFICE OF THE ATTORNEY GENERAL OF TEXAS
AUSTIN



GROVER SELLERS
ATTORNEY GENERAL

Honorable R. A. Hodges
County Auditor
Williamson County
Georgetown, Texas

Dear Mr. Hodges:

Opinion No. O-6513

Re: Can Williamson County pay the
insurance premiums for poli-
cies on various buildings and
equipments located in or used
in the various precincts?"

Your letter of April 4, 1945, asking our opinion as to whether Williamson County can, out of the General Fund, pay the insurance premiums for the fire, wind and hail insurance carried on the county buildings and equipment located and used in the four separate Commissioners' precincts, has been given our careful consideration.

In our Opinion No. O-1975 addressed to Honorable R.C. Wilson, County Auditor of Gray County, dated March 28, 1941, we stated that the county should pay the insurance on the courthouse out of the General Fund. We enclose a copy of said opinion herewith.

It is our opinion that the same rule will apply with reference to paying the insurance premium for the buildings and equipment owned by the county, regardless of what precinct same may be located or used. We therefore answer your question that it would be and is legal to pay said insurance premiums out of the General Fund.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By Geo. W. Barcus
Assistant

GWB-MR
Enclosure

APPROV
OPINIO
COMMIT

BY

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT